UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No.: 1:24-cv-00852
TRAVAREZ BROADUS,

       Plaintiff,   **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

 -against-

RESURGENT CAPITAL SERVICES L.P.
d/b/a LVNV FUNDING, LLC,

       Defendants.
------------------------------------------------------------X

  **PLEASE TAKE NOTICE,** that the undersigned hereby appears in the above-captioned proceeding as attorneys for Defendants, Resurgent Capital Services L.P. d/b/a LVNV FUNDING, LLC.

  **PLEASE TAKE FURTHER NOTICE,** that demand is hereby made that notice of all future proceedings in the above-captioned matter be served upon:

Jonathan M. Robbin, Esq.
J. Robbin Law, PLLC
200 Business Park Drive, Suite 103
Armonk, NY 10504
Jonathan.robbin@jrobbinlaw.com
914.685.5016

Dated: March 22, 2024
   Armonk, New York

               *Jonathan M. Robbin*
               Jonathan M. Robbin, Esq.
               J. ROBBIN LAW, PLLC
               *Attorney for Defendants*
               *Resurgent Capital Services, L.P*
               *d/b/a LVNV Funding, LLC.*
               200 Business Park Drive, Suite 103
               Armonk, NY 10504
               Jonathan.robbin@jrobbinlaw.com

914.685.5016